UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JONATHAN LEE REIGROD

PLAINTIFF(S)

v.

GARBER DELRAY INC.,

DEFENDANT(S).

CASE NUMBER
9:22−cv−81961−AMC

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**GARBER DELRAY INC.**

as of course, on the date January 18, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Philip Curtis*
Deputy Clerk

cc:  Judge Aileen M. Cannon
      Jonathan Lee Reigrod

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)