# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PALM BEACH DIVISION

Case No.: Case No.: 9:22-cv-81961-AMC

JONATHAN LEE REIGROD,
An Individual,

    Plaintiff,

v.

GARBER DELRAY INC.,
d/b/a DELRAY BUICK GMC,
A Florida Corporation,

    Defendant.
_____/

### AFFIDAVIT OF JONATHAN LEE REIGROD AS TO PLAINTIFF'S DAMAGES

STATE OF FLORIDA    )
COUNTY OF BROWARD    )

1. My name is JONATHAN LEE REIGROD. I am over the age of majority and sui juris. I have personal knowledge of the facts set forth in this affidavit and if called as a witness could testify competently thereto.

2. I am the named Plaintiff in the above-styled action.

3. In December of 2018, I leased a new 2019 Buick Encore UT from the Defendant, DELRAY BUICK GMC ("Defendant").

4. The Vehicle was leased under a Closed-End Vehicle Lease Agreement ("Lease").

5. A true and correct copy of the Lease is attached as Exhibit A to the Complaint in this action.

6. In the Lease, I was provided the option to buy the leased vehicle at the end of the lease term.

7. Specifically, pursuant to paragraph 9 of my lease, my buyout option price was $16,550.30.

8. The Lease did not disclose a purchase option fee.

9. The Lease did not disclose that I had to pay any other fees to buyout my vehicle at the end of the lease term.

10. I reasonably relied upon the terms of the Lease in making the decision to enter in to the Lease.

11. At the end of the lease term, I purchased the subject vehicle from Defendant.

12. To buy the Vehicle, Defendant charged me a $898.00 "Pre-delivery Service Charge", along with a $295.00 "Electronic Registration Filing Fee".

13. These fees were never disclosed in the Lease and I was not made aware that I would be required to pay these fees to buyout my leased vehicle.

14. Had I known I would have been charged these fees, I would have negotiated better terms at the inception of the Lease.

15. In total, I was charged $1,193.00 more than the purchase option price

disclosed in the lease.

16. I have hired the law firms of Joshua Feygin, PLLC and Newhart Legal, PA and I am obligated to pay my attorneys a reasonable fee for representation herein.

## VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true.

_____
JONATHAN LEE REIGROD


Dated: _____2/9/2023_____